No. 22-1709

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

JENNIFER BILLS, on behalf of A.B., *et al.*

*Plaintiffs-Appellants*,

v.

VIRGINIA DEPARTMENT OF EDUCATION and JILLIAN BALOW, in her official capacity as Superintendent of Public Instruction, *et al.*

*Defendants-Appellees*.

On Appeal from the United States District Court for
the Western District of Virginia

## UNOPPOSED MOTION OF VIRGINIA DEPARTMENT OF EDUCATION AND JILLIAN BALOW FOR LEAVE TO FILE A SEPARATE BRIEF

JASON S. MIYARES
  *Attorney General*

CHUCK SLEMP
  *Chief Deputy Attorney General*

ANDREW N. FERGUSON
  *Solicitor General*

ERIKA L. MALEY
  *Principal Deputy Solicitor General*

LUCAS W.E. CROSLOW
  *Deputy Solicitor General*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone

*Counsel for Defendant-Appellees
Virginia Department of Education and
Jillian Balow*

August 4, 2022

Pursuant to Local Rule 28(d), defendant-appellees Virginia Department of Education and Jillian Balow, in her official capacity as Superintendent of Public Instruction,[1] (the "Commonwealth Appellees") respectfully request leave to file a full-length brief in this case separate from defendant-appellees Chesterfield County Public Schools; Chesapeake Public Schools; Virginia Beach City Public Schools; Alexandria City Public Schools; Loudoun County Public Schools; Amherst County Public Schools; Gregory C. Hutchings, Jr., in his official capacity; Mervin B. Daugherty, Ed. D., in his official capacity; Jared Cotton, in his official capacity; Scott A. Ziegler, in his official capacity; and Aaron C. Spence, in his official capacity (the "School Division Appellees"). As explained below, the district court in this case dismissed the Plaintiff-Appellants' claims under both federal and Virginia law against both the Commonwealth Appellees and the School Division Appellees. The Commonwealth Appellees, an executive department and executive officer of the Commonwealth, have a strong institutional interest in exercising independent

---

[1] Jillian Balow, in her official capacity as Superintendent of Public Instruction, is automatically substituted as defendant-appellee for former public officeholder James F. Lane, by operation of Federal Rule of Appellate Procedure 43(c)(2).

2

litigation judgment regarding the claims at issue in this appeal. Counsel for the plaintiff-appellants and the School Division Appellees have stated that the plaintiff-appellants and the School Division Appellees do not object this motion.

1.  This case involves a putative class action lawsuit by Virginia public school students and their parents brought under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1400 *et seq.*; Virginia's special education regulations, 8 Va. Admin. Code § 20-18-170; the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq.*; the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*; the Virginia Human Rights Act, Va. Code § 2.2-3900 *et seq.*; the Virginians with Disabilities Act, Va. Code tit. 51.5; the Equal Protection and Due Process Clauses of the Fourteenth Amendment (via 42 U.S.C. § 1983); and the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1961 *et seq.* See Compl., No. 6:21-cv-51 (W.D. Va.) (Doc. 1). The complaint alleged that school closures occasioned by the COVID-19 pandemic harmed plaintiff schoolchildren and that defendant-appellees caused that harm by implementing and maintaining the school closures.

2. The district court granted defendants' motion to dismiss, and plaintiffs appealed. This Court issued a briefing order on July 6, stating that "[a]ll parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs." The briefing order directed appellants to file their opening brief and appendix by August 15, appellee to file its response brief by September 14, and any reply brief to be filed 21 days thereafter.

3. The Commonwealth Appellees respectfully request leave to file a separate response brief from the School Division Appellees in this appeal based on good cause. The Commonwealth Appellees intend to address sovereign immunity issues, which do not apply to the School Division Appellees. In addition, the Commonwealth Appellees have a strong institutional interest in exercising independent litigation judgment in this context. Indeed, under Virginia law the legal arguments to be advanced by the Commonwealth Appellees in this Court must be within the exclusive control of the Commonwealth's Attorney General. See Va. Code § 2.2-507. A requirement to coordinate a joint litigating position with constitutionally independent school divisions and their officers, see Va. Const. art. VIII, § 7, is inconsistent with that statutory responsibility.

4

Allowing the Commonwealth Appellees and the School Division Appellees to proceed separately will be consistent with the manner in which the parties litigated this case in district court, where the Commonwealth Appellees filed a separate motion to dismiss. See Docs. 28 (motion to dismiss), 29 (brief in support).

4.  The Commonwealth Appellees also request that the Court treat the brief of the Commonwealth Appellees as a separate brief for purposes of the type-volume limitations of Federal Rule of Appellate Procedure 32(a). The Commonwealth Appellees will, of course, make every reasonable effort to avoid burdening the Court with duplicative argument.

5.  Counsel for the plaintiff-appellants and the School Division Appellees have stated that the plaintiff-appellants and the School Division Appellees do not object this motion.

## CONCLUSION

The Court should grant the Commonwealth Appellees leave to file a separate, full-length brief as appellee.

                                                Respectfully Submitted,

                                                */s/ Lucas W.E. Croslow*
                                                Lucas W.E. Croslow
                                                Deputy Solicitor General

| | |
|---|---|
| JASON S. MIYARES<br>  *Attorney General* | ANDREW N. FERGUSON<br>  *Solicitor General* |
| CHUCK SLEMP<br>  *Chief Deputy Attorney General* | ERIKA L. MALEY<br>  *Principal Deputy Solicitor General* |
| Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-7704 – Telephone | *Counsel for Defendants-Appellees*<br>  *Virginia Department of Education*<br>  *and Jillian Balow* |

6

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the requirements of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-point Century, a proportionally spaced font. I further certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 719 words, according to the count of Microsoft Word.

/s/ Lucas W.E. Croslow
LUCAS W.E. CROSLOW